*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 09/05/12



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COOKEVILLE DIVISION

In re: )
)
DANNY LANE KEYS and )
JANICE DIANE KEYS ) Bk Case No. 12-07578-RM2-13
)
Debtors**.** )

## AGREED ORDER PROVIDING THAT IF THE CASE OF DEBTORS DANNY LANE KEYS and JANICE DIANE KEYS IS DISMISSED PRIOR TO RECEIVING A DISCHARGE, NEITHER DEBTOR WILL FILE ANOTHER BANKRUPTCY CASE WITHIN ONE CALENDAR YEAR OF THE DISMISSAL DATE

Based upon the signatures below, it appears the parties have agreed that if the current bankruptcy case of Debtors DANNY LANE KEYS and JANICE DIANE KEYS is dismissed prior to receiving a discharge, neither Debtor shall file another bankruptcy case within one calendar year of the dismissal date.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted:
SAMUEL K. CROCKER
United States Trustee, Region 8

/s/ Beth Roberts Derrick (TN BPR #7138)

BETH ROBERTS DERRICK
Assistant U.S. Trustee

318 Customs House, 701 Broadway
Nashville, TN 37203
Tel:    (615) 736-2254
Fax:    (615) 736-2260
email address: beth.r.derrick@usdoj.gov

LAW OFFICES OF LEFKOVITZ & LEFKOVITZ
Attorney for the Debtor

/s/ Steve Lefkovitz by Bderrick w/permission
_____
STEVEN LEFKOVITZ, BPR # 5953
618 Church Street, Suite 410
Nashville, TN 37219
Office: 615-256-8300
Fax: 615-250-4926
email: slefkovitz@lefkovitz.com

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.