IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) Chapter 13 Proceeding |
| DANNY LANE KEYS and wife, | ) Case No. 212-07578 |
| JANICE D. KEYS, | ) Randal S. Mashburn, Judge |
| Husband's SS#: XXX-XX-8108 | ) |
| Wife's SS#: XXX-XX-0264 | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

**EXPEDITED AGREED ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR DELAY OF CHAPTER 13 PLAN PAYMENTS**

This cause came to be heard on the 19th day of December, 2012, upon the Debtors' Expedited Motion for Delay of Chapter 13 Plan Payments. By agreement of the parties, as evidenced by their respective signatures affixed below, it is hereby **ORDERED** as follows:

1) The Debtors' shall be given until January 20, 2013 to remit their December 20, 2012 plan payment to the Trustee.

2) The Debtors shall be given until January 31, 2013 to remit their January 20, 2013 plan payment to the Trustee.

3) This delay of plan payments shall have no effect on any secured or unsecured creditors already provided for under the proposed plan. All provisions of the proposed plan shall remain the same and in effect.

4) All future income tax refunds shall be remitted into the Debtors' plan and shall increase the base.

5) If the Debtors have not already attended the Chapter 13 Trustee's money management workshop, then they shall be required to do so within ninety (90) days of the entry of this Agreed Order.

6) Should the Debtors default in any future plan payment, then this case shall be dismissed automatically upon the filing of a Notice of Non-Compliance by the Chapter 13 Trustee.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

CHAPTER 13 TRUSTEE

_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 190664
Nashville, Tennessee 37219-0664
Phone: (615) 244-1101
Fax: (615) 242-3241
Email: hhecf@ch13nsh.com