# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:  
DANNY LANE KEYS  
JANICE DIANE KEYS

Case No. **12-07578-RM2-13**  
Chapter 13

**Notice of Final Cure Payment on PreConfirmation Arrearage**

The Trustee files Notice that the amount required to cure the preconfirmation default in the below claim has been paid in full.

**Name of Creditor: GLENN & BEA TERRY**       **Court Claim no.** (if known): **6**

**Last four digits** of any number used to identify the debtor's account:

| Final Cure Amount | |
|---|---|
| Amount of Allowed PreConfirmation Arrearage | **$8,250.00** |
| Amount Paid by Trustee | **$8,250.00** |
| **Monthly Ongoing Mortgage Payment is paid:** | |
| ⊘  Thru the Chapter 13 Trustee conduit. | O   Direct by Debtor |

Within 21 days of the service of this Notice, the creditor should file and serve on the debtor(s), debtor(s)' counsel and the trustee a statement indicating if it disagrees that the trustee has paid in full the amount required to cure the preconfirmation default.

The trustee is continuing to make payments on the post confirmation payments. The last post confirmation payment made by the trustee as of the date of this notice is applicable to the **01/13** payment.

Dated: January 11, 2013

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

cc:  
DANNY LANE KEYS & JANICE DIANE KEYS ; 80 TIMBERLINE RD, CROSSVILLE, TN 38571  
GLENN & BEA TERRY; 1235 SKI MOUNTAIN RD #605, GATLINBURG, TN 37738  
HOWARD G PICK; P O BOX 3285, CROSSVILLE, TN 38557