/s/ Randal S. Mashburn
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/7/2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DANNY LANE KEYS and ) Bk. No. **12-07578-RM2-13**
JANICE DIANE KEYS, ) Chapter 13
80 Timberline Road ) Judge Randal S. Mashburn
Crossville, TN 38571 )
SSN: XXX-XX-8108  SSN: XXX-XX-0264 )
)
          Debtor(s). )

AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S
MOTION TO CONVERT TO CHAPTER 7

      This matter came to be heard on January 30, 2014, continued from December 19, 2013, upon the Chapter 13 Trustee's Motion to Convert to Chapter 7 for Cause. At the call of the docket, counsel for the Trustee announced that the Trustee and the debtors had reached an agreement and it is therefore

      ORDERED, the Trustee's Motion to Convert to Chapter 7 is denied; it is further

      ORDERED, the debtors shall provide the Chapter 13 Trustee with monthly Profit & Loss Statements no later than the 20th day of the month for the proceeding month; it is further

      ORDERED, the debtors shall provide the Trustee with copies of any and all federal and state tax returns within 30 days of filing such tax returns with the appropriate taxing authority; it is further

      ORDERED, that it is the obligation of the debtors to provide the foregoing documentation in accordance with this order and that should the debtors fail to provide any Profit & Loss Statement or tax return as required, this case will be converted to Chapter 7, without further hearing, upon the filing of notice by the Chapter 13 Trustee.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Tracy L. Schweitzer
_____
Tracy L. Schweitzer
Counsel to Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

/s/ Steven L. Lefkovitz
_____
Steven L. Lefkovitz
Counsel for Debtors
618 Church Street, Suite 410
Nashville, TN 37219
615-256-8300; Fax 615-250-4926
chris@lefkovitz.com

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certifies that on or before the 7th day of February, 2014, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
Steven L. Lefkovitz, Counsel for Debtors

*By U. S. Postal Service, postage prepaid to:*

Danny L. and Janice D. Keys, 80 Timberline Road, Crossville, TN 38571
Howard G. Pick, P. O. Box 3285, Crossville, TN 38557
Tenn. Dept. of Revenue, c/o TN Atty, General's Office, Bankr. Div., P. O. Box 20207, Nashville, TN 37202-0207

    /s/ Tracy L. Schweitzer
    _____
    Tracy L. Schweitzer
    Counsel to Henry E. Hildebrand, III
    Chapter 13 Trustee

2

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 2:12-bk-07578    Doc 125    Filed 02/10/14    Entered 02/10/14 09:22:58    Desc Main
Document    Page 2 of 2