IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>DANNY LANE KEYS and wife,<br>JANICE DIANE KEYS,<br>Husband's SS#: XXX-XX-8108<br>Wife's SS#: XXX-XX-0264<br>80 Timberline Road<br>Crossville, TN 38571<br><br>Debtors. | Chapter 13 Proceeding<br>Case No. 212-07578<br>Randal S. Mashburn, Judge |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: SEPTEMBER 30, 2014
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: NOVEMBER 13, 2014
AT 9:30 A.M., IN THE L. CLURE MORTON POST OFFICE AND COURTHOUSE,
9 EAST BROAD STREET, COOKEVILLE, TENNESSEE 38501**

---

### NOTICE OF DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

---

The Debtors have asked the Court for the following relief:

### APPROVAL OF MOTION TO MODIFY CHAPTER 13 PLAN

---

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to approve the attached Motion, or if you want the Court to consider your views on said Motion, then on or before September 30, 2014, you or your attorney must:

1) If you are an attorney, you must timely file a response electronically using the Bankruptcy Court's CM/ECF system. If you are representing yourself pro se, you must file with the Court your written response or objection explaining your position at:

   By Mail: U.S. Bankruptcy Court, P.O. Box 24890, Nashville, Tennessee 37202-489090

In Person: U.S. Bankruptcy Court, 701 Broadway, First Floor, Nashville, Tennessee 37203 (Monday – Friday, 8:00 a.m. – 4:00 p.m.)

2) **Your response must state that the deadline for filing responses is September 30, 2014; the date of the scheduled hearing is November 13, 2014, at 9:30 a.m., in the L. Clure Morton Post Office and Courthouse, 9 East Broad Street, Cookeville, Tennessee 38501; and the document to which you are responding is the Debtors' Motion to Modify Chapter 13 Plan.** If you want a file stamped copy returned, you must include an extra copy and self-addressed, stamped envelope.

3) If you are representing yourself pro se, you must also mail a copy of your response to:

> Steven L. Lefkovitz
> Lefkovitz & Lefkovitz
> Attorney for Debtors
> 618 Church Street, Suite 410
> Nashville, Tennessee 37219
> Tel. No.: (615) 256-8300
> Fax No.: (615) 255-4516
>
> Beth Roberts Derrick
> Assistant United States Trustee
> 318 Customs House
> 701 Broadway
> Nashville, Tennessee 37203
> Tel. No.: (615) 736-2254
> Fax No.: (615) 736-2260
>
> Henry E. Hildebrand, III
> Chapter 13 Trustee
> P.O. Box 340019
> Nashville, Tennessee 37203
> Tel. No.: (615) 244-1101
> Fax No.: (615) 242-3241

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584, or viewing the case on the Court's web site at <www.tnmb.uscourts.gov> If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 906(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the attached Motion and may enter an Order granting the relief sought therein.

Date: September 9, 2014     Signature:     /S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 9th day of September, 2014.

I further certify that I have sent a true and exact copy of the foregoing to the Debtors and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 9th day of September, 2014.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>DANNY LANE KEYS and wife,<br>JANICE DIANE KEYS,<br>Husband's SS#: XXX-XX-8108<br>Wife's SS#: XXX-XX-0264<br>80 Timberline Road<br>Crossville, TN 38571<br><br>Debtors. | Chapter 13 Proceeding<br>Case No. 212-07578<br>Randal S. Mashburn, Judge |

## MOTION TO MODIFY CHAPTER 13 PLAN

Come the Debtors, through counsel, and respectfully move this Honorable Court to modify the above-referenced Chapter 13 plan, as follows:

1) The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on August 12, 2012. A meeting of creditors was held on September 20, 2012, and the plan was confirmed on December 26, 2012, paying a One Percent (1%) Percent dividend to the unsecured creditors.

2) All secured claims have been paid in full, and all allowed unsecured claims have been paid a One Hundred (100%) Percent dividend.

3) Accordingly, Debtors request that their plan be modified to increase the dividend to the unsecured creditors from One Percent (1%) to One Hundred Percent (100%) and to remove the base.

4) The Debtors further request that their plan be deemed complete and a discharge be entered herein.

WHEREFORE, Debtor prays that the above-sought relief be granted.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 9th day of September, 2014.

I further certify that I have sent a true and exact copy of the foregoing to the Debtors and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 9th day of September, 2014.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Donny Lane Keys and wife
Janice Diane Keys
Debtor(s).

CASE NO. 212-07578
CHAPTER [12 or (13)]
JUDGE Randal S. Mashburn

## AMENDED MONTHLY FAMILY BUDGET

|  | Prior* | Current* | Prior Budget* | Current Budget* |
|---|---|---|---|---|
| Dates of Budgets: |  |  | 8/2/12 | 2/2/14 |
| **EXPENSES** |  |  |  |  |
| Rent/Mortgage Payment: |  |  | thru Plan | thru Plan |
| Utilities: |  |  |  |  |
|   Electric: | 20 | 20 |  |  |
|   Water: | 10 | 10 |  |  |
|   Heat: |  |  |  |  |
|   Telephone/~~Internet~~: | 125 | 125 |  |  |
|   Trash: |  |  |  |  |
|   Cable/Satellite: |  |  |  |  |
|   Other ( ): |  |  |  |  |
|   Total Utilities: |  |  | 155 | 155 |
| Food: |  |  | 500 | 500 |
| Clothing: |  |  | 100 | 100 |
| Laundry & Dry Cleaning: |  |  | 30 | 30 |
| Newspapers, Books, etc.: |  |  | 100 | 100 |
| Medical & Dental Expenses: |  |  | 125 | 125 |
| Transportation: |  |  | 300 | 300 |
| Insurance (not deducted from wages): |  |  |  |  |
|   Auto: | 145 | 145 |  |  |
|   Life: |  |  |  |  |
|   Home: | 550 | 550 |  |  |
|   Renters: |  |  |  |  |
|   Other (Health): | 530 | 530 |  |  |
|   Total Insurance: |  |  | 1225 | 1225 |
| Taxes (not deducted from wages) |  |  |  |  |
| Child Support |  |  |  |  |
| Home Maintenance |  |  |  |  |
| Other Monthly Expenses (haircuts, toiletries, misc): |  |  | 100 | 100 |
| Regular Expenses From Operation of Business |  |  | 16334.83 | 14487.50 |
| **TOTAL MONTHLY EXPENSES:** |  |  | 18969.83 | 17122.50 |

APPENDIX B-1

**INCOME**
Debtor's Gross Income:
Spouse's Gross Income:
Payroll Deductions:     Prior*     Current*
  Payroll Taxes:
  401(k):
  Other (_____):
  Total Payroll Deductions:
Other Regular Income:
  Support/Alimony:
Debtors' Social Security    827    827
Income from Business    26000    26000
  Total Other Regular Income:

| | Prior Budget* | Current Budget* |
|---|---|---|
| | — | — |
| | — | — |
| | | |
| | | |
| | | |
| | | |
| | — | — |
| | | |
| | | |
| | 26827 | 26827 |

TOTAL MONTHLY INCOME:    26827    26827

**SUMMARY:**
Total Monthly Income (from above):    26827    26827
minus Total Monthly Expenses (from page 1):    18969.83    17122.50
equals Monthly Surplus:    7857.17    9704.50

Monthly Plan Payment:    9704.50    9704.50
Duration of Plan (months):    60 mos.    60 mos.
Dividend to Unsecured Creditors (%):    100%    100%
Secured Creditors Affected:

        None

* Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:

_____
_____

X _____
(Debtor)
2-12-2014
(Date)

X _____
(Debtor)
2-12-2014
(Date)

APPENDIX B-2

# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 Proceeding |
| DANNY LANE KEYS and wife, | ) Case No. 212-07578 |
| JANICE DIANE KEYS, | ) Randal S. Mashburn, Judge |
| Husband's SS#: XXX-XX-8108 | ) |
| Wife's SS#: XXX-XX-0264 | ) |
| 80 Timberline Road | ) |
| Crossville, TN 38571 | ) |
| Debtors. | ) |

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

Upon the Debtors' Motion to Modify Chapter 13 Plan and Notice Thereon having been filed with this Court and served upon all creditors and parties-in-interest on September 9, 2014; there having been no written objections filed with the Clerk of Court within twenty-one (21) days of Notice pursuant to LBR 9013-1; and, upon the entire record herein, the Court finds that said Motion is well taken and is, therefore, **GRANTED**.

Accordingly, it is hereby **ORDERED** that the above-referenced Chapter 13 plan shall be modified to increase the dividend to the unsecured creditors from One Percent (1%) to One Hundred Percent (100%) and to remove the base. It is further **ORDERED** that the plan shall be deemed complete and a discharge shall be entered herein.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

_____
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this _____ day of _____, 2014.

_____
Steven L. Lefkovitz

```
Label Matrix for local noticing          PRA Receivables Management, LLC        Tennessee Department of Revenue
0650-2                                   POB 41067                              c/o TN Atty Gen. Off., Bank Div.
Case 2:12-bk-07578                       NORFOLK, VA 23541-1067                 P.O. Box 20207
MIDDLE DISTRICT OF TENNESSEE                                                    Nashville, TN 37202-4015
Cookeville
Mon Sep  8 16:20:49 CDT 2014

701 Broadway Room 170                    AFNI, Inc.                             Allstate Insurance Co
Nashville, TN 37203-3944                 404 Brock Dr                           Two Wells Ave
                                         Bloomington IL 61701-2654              Newton Center MA 02459-3225


American Express Travel Related Services Co    Bank of America                  C. DOUGLAS FIELDS, ESQ
c/o Becket and Lee LLP                         PO Box 650070                    18 EAST STREET
POB 3001                                       Dallas TX 75265-0070             Crossville TN 38555-4534
Malvern  PA 19355-0701


CAPITAL ONE BANK (USA), N.A.             CITY OF GATLINBURG AMBULANCE SERVICE   CUMBERLAND CO TRUSTEE
PO Box 12907                             Revenue Recovery Corporation           2 S MAIN ST #111
Norfolk VA 23541-0907                    PO Box 50250                           CROSSVILLE TN 38555-4508
                                         Knoxville, TN 37950-0250


CUMBERLAND MEDICAL CENTER                CUMBERLAND RADIOLOGICAL GROUP          Charter
Revenue Recovery Corporation             Revenue Recovery Corporation           c/o AFNI, Inc.
PO Box 50250                             PO Box 50250                           404 Brock Dr
Knoxville, TN 37950-0250                 Knoxville, TN 37950-0250               Bloomington IL 61701-2654


Charter Communications                   Cingular                               Circuit Court Clerk
PO Box 600                               404 Brock Dr                           125 Court St
Alcoa TN 37701-0600                      Bloomington IL 61701-2654              Sevierville TN 37862-3552


City of Gatlinburg Ambulance             Cookeville Regional Med Cntr           Credit Protection Assoc
PO Box 2698                              c/o Franklin Coll Svc                  13355 Noel Rd
Knoxville TN 37901-2698                  PO Box 3910                            Ste 2100
                                         Tupelo, MS 38803-3910                  Dallas TX 75240-6837


Cumberland County, Tennessee             Cumberland Medical Ctr                 Cumberland Radiology Group
c/o Kim Wyatt, Trustee                   421 S Main St                          PO Box 3139
2 North Main Street                      Crossville TN 38555-5031               Crossville TN 38557-3139
Crossville, Tennessee 38555-4543


Dr. Gallagher                            Dyck-O'neal, Inc.                      FIS
PO Box 11567                             15301 Spectrum Dr                      3100 NY Drive
Knoxville TN 37939-1567                  Addison TX 75001-6436                  Ste 100
                                                                                Pasadena CA 91107


FRANK BUCK, ESQ.                         First National Acceptance Company      Ford Motor Credit
124 WEST MAIN ST                         PO Box 980                             PO Box 452000
Smithville TN 37166-1324                 East Lansing MI 48826-0980             Omaha NE 68154
```

| | | |
|---|---|---|
| Ft Sanders Sevier Medical<br>c/o Brown Agency<br>515 Airport Rd., Ste 105<br>Chattanooga TN 37421-3525 | Gla Collection Company, Inc.<br>2630 Gleeson Lane<br>Louisville KY 40299-1772 | Glenn & Bea Terry<br>1235 Ski Mountain Rd<br>#605<br>Gatlinburg TN 37738-3842 |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | KELLY SIMS, ESQ.<br>7003 CHADWICK DR., STE 289<br>BUILDING ONE SYNERGY EXECUTIVE SUITES<br>Brentwood TN 37027-3234 | Ken Williams<br>2908 Rambling Rd<br>Maryville TN 37801-9510 |
| Kenneth & Alma Williams<br>J. Patrick Stapleton, PC<br>PO Box 4428<br>Sevierville TN 37864-4428 | Knoxville Impatient Phys<br>PO Box 11567<br>Knoxville TN 37939-1567 | LECONTE EMERGENCY DEPARTMENT<br>Revenue Recovery Corporation<br>PO Box 50250<br>Knoxville, TN 37950-0250 |
| Lando Resorts<br>3015 N Ocean Blvd<br>Fort Lauderdale FL 33308-7344 | LeConte Medical Center<br>c/o Brown Agency<br>515 Airport Rd., Ste 105<br>Chattanooga, TN 37421-3525 | Midland Credit Mgmt<br>8875 Aero Dr<br>Ste 200<br>San Diego CA 92123-2255 |
| Mountain National Bank<br>300 E Main St<br>Sevierville TN 37862-3518 | Optima Recovery Service<br>6215 Kingston Pike<br>Knoxville TN 37919-4044 | Palm Beach Resort<br>3015 N Ocean Blvd<br>Fort Lauderdale FL 33308-7344 |
| Revenue Recovery Corp<br>612 Gay St<br>Knoxville TN 37902-1603 | Richard Orphin, Jr. & Natalie Orphin<br>c/o David H. Parton<br>330 Pkwy<br>Gatlinburg TN 37738-4962 | Rick Miller<br>2894 Hwy 72 E<br>Huntsville AL 35811-9683 |
| TN DEPT REVENUE<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | TN Dept. of Revenue<br>c/o Office of Attorney General<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | Tri County Collection<br>221 E Main St<br>Ste 201<br>Morristown TN 37814-4730 |
| UNIVERSITY HEALTH SYSTEMS<br>TCCA INC<br>PO BOX 1503<br>MORRISTOWN TN 37816-1503 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | United States Trustee<br>701 Broadway, Suite 318<br>Nashville, TN 37203-3966 |
| University of TN Medical Ctr<br>1 Medical Plaza<br>Knoxville TN 37940 | Vicke Moore, MD<br>815 E Parkway, Ste 7<br>Gatlinburg TN 37738-4915 | WESTGATE RESORTS<br>2801 OLD WINTER GARDEN RD<br>OCOEE FL 34761-2965 |
| William Grey, MD<br>Hospital St<br>Newport TN 37782 | Yellow Book<br>PO Box 1164<br>Metairie LA 70004-1164 | Danny Lane Keys<br>80 Timberline Road<br>Crossville, TN 38571-5875 |

| | | |
|---|---|---|
| HENRY EDWARD HILDEBRAND III + <br> OFFICE OF THE CHAPTER 13 TRUSTEE <br> PO BOX 340019 <br> NASHVILLE, TN 37203-0019 | HOWARD G PICK <br> PO BOX 3285 <br> CROSSVILLE, TN 38557-3285 | Janice Diane Keys <br> 80 Timberline Road <br> Crossville, TN 38571-5875 |
| STEVEN L. LEFKOVITZ + <br> LAW OFFICES LEFKOVITZ & LEFKOVITZ <br> 618 CHURCH ST STE 410 <br> NASHVILLE, TN 37219-2452 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

End of Label Matrix
Mailable recipients   63
Bypassed recipients    1
Total                 64