**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:
DANNY LANE KEYS
JANICE DIANE KEYS                        Case No.12-07578-RM2-13
80 TIMBERLINE RD                         CHAPTER 13
CROSSVILLE, TN  38571

SSN XXX-XX-8108     SSN XXX-XX-0264

---

**TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY**

---

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

---

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE ATTORNEY GENERAL P O BOX 20207 NASHVILLE, TN  37202-0000 | $1,984.71 | UNSECURED/MODIFIED Disb Level: 42.00 ACCT:7902 COMM: POST PETITION TAXES |
| Court's Claim# 17 | Trustee's Claim# 55 | DATE FILED: 10/09/2014 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

AMA

10/20/2014                                    /s/ Henry E. Hildebrand, III
DATE SENT         INITIALS                    HENRY E. HILDEBRAND, III
                                              CHAPTER 13 TRUSTEE
                                              P O BOX 340019
                                              NASHVILLE, TN  37203
                                              PHONE:  615-244-1101
                                              FAX:  615-242-3241
                                              pleadings@ch13nsh.com

cc:
STEVEN L LEFKOVITZ          DANNY LANE KEYS                    CHAPTER 13 TRUSTEE
618 CHURCH STREET STE 410   JANICE DIANE KEYS
NASHVILLE, TN 37219         80 TIMBERLINE RD
                            CROSSVILLE, TN 38571