```
                          United States Bankruptcy Court
                           Middle District of Tennessee
In re:                                                          Case No. 12-07578-RSM
Danny Lane Keys                                                 Chapter 13
Janice Diane Keys
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0650-2        User: adm2816            Page 1 of 1           Date Rcvd: Oct 15, 2014
                            Form ID: pdf001          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db/jdb         +Danny Lane Keys,   Janice Diane Keys,   80 Timberline Road,   Crossville, TN 38571-5875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2014 at the address(es) listed below:
              BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
              GILL ROBERT GELDREICH    on behalf of Creditor    Tennessee Department of Revenue
               agbankcookeville@ag.tn.gov, gill.geldreich@ag.tn.gov
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              HOWARD G PICK    on behalf of Interested Party HOWARD G PICK hgpick@citlink.net,
               crossvillebankruptcy@gmail.com
              MARGARET JANE POWERS    on behalf of Defendant JOHN AND CAROLYN  HICKS powerslaw@volfirst.net,
               powerslawtn2@gmail.com
              STEVEN L. LEFKOVITZ    on behalf of Joint Debtor Janice Diane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff DANNY L KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff JANICE  KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Debtor Danny Lane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              TRACY LYNN SCHWEITZER    on behalf of Trustee HENRY EDWARD HILDEBRAND, III pleadings@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 11

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/15/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

LHB

IN RE:  
DANNY LANE KEYS  
80 TIMBERLINE RD  
CROSSVILLE, TN  38571

CASE NO. 12-07578-RM2-13  
10/14/2014

SSN XXX-XX-8108

**AMENDED**

## ORDER TO PAY TRUSTEE

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$9704.50 MONTHLY** and each succeeding period thereafter, at least monthly, to:

> CHAPTER 13 TRUSTEE  
> P O BOX 340019  
> NASHVILLE, TN  37203  
> PHONE: 615-244-1101  
> FAX: 615-242-3241  
> pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

cc:  
 DANNY LANE KEYS  
 STEVEN L LEFKOVITZ  
 HENRY E. HILDEBRAND, III  
 PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.  
United States Bankruptcy Court.