IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: DANNY LANE KEYS,<br>DBA Honey-Do Handyman Services;<br>DBA Timberline Resort; FDBA DIAN – DAN<br>ENTERPRISES, LLC.<br>and<br>JANICE DIANE KEYS,<br>DEBTOR(S)<br>   80 TIMBERLINE ROAD<br>   CROSSVILLE, TN 38571<br>XXX-XX 8108   XXX-XX-0264 | 12-07578-2RM-13<br><br><br>Chapter 13 |

RESPONSE TO NOTICE OF FINAL CURE

Glenn and Beatrice Terry by and through their Attorney file this response to the Chapter 13 Trustee's Notice of Final Cure: Creditors state that this response is based upon Mortgage Payments that were established by an Agreed Order granted by this Court on 11/08/2012, Docket # 49.

**Monthly Ongoing Mortgage Payment**: The Trustee has made all continuing mortgage payments according to the terms and conditions of the Confirmed Chapter 13Plan and Agreed Order as of the filing of this response.

**Final Cure Amount for Pre Petition Default:** The Trustee has cured all defaults amount pursuant to the terms and conditions of the Confirmed Plan and Agreed Order.

October 21, 2014

*S/ HOWARD G. PICK*

Howard G. Pick #017686
Attorney for Debtors
Post Office Box 3285
Crossville, TN 38557
(931)456-8999 (931) 456-8989 fax
hgpick@citlink.net

**Attorney's Certificate of Service**

This is to certify that I have served a copy of the within and foregoing Notice Of Default, by Electronic Court E-Mail, to the Chapter 13 Trustee, US Trustee, and Debtors Attorney Steven L. Lefkovitz and by 1st Class Mail to Debtors Danny and Janice Keys 80 Timberline Rd., Crossville, TN 38571.

This October 21, 2014
/*S/ HOWARD G.PICK*
Howard G. Pick, Attorney For Debtors
PO Box 3285
Crossville, TN 38557
(931) 456-8999(931) 456-8989 Fax
HGPick@citlink.net