```
                        United States Bankruptcy Court
                         Middle District of Tennessee
```

In re:                                                          Case No. 12-07578-RSM
Danny Lane Keys                                                 Chapter 13
Janice Diane Keys
        Debtors
# CERTIFICATE OF NOTICE

District/off: 0650-2          User: adm2816          Page 1 of 1          Date Rcvd: Oct 29, 2014
                              Form ID: pdf001        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2014.
db/jdb         +Danny Lane Keys,   Janice Diane Keys,   80 Timberline Road,   Crossville, TN 38571-5875
               +GLEN AND BEATRICE TERRY,   806 OAKLEY WAY,   GATLINBURG, TN 37738-4252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2014 at the address(es) listed below:
              BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
              GILL ROBERT GELDREICH    on behalf of Creditor    Tennessee Department of Revenue
               agbankcookeville@ag.tn.gov, gill.geldreich@ag.tn.gov
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              HOWARD G PICK    on behalf of Interested Party HOWARD G PICK hgpick@citlink.net,
               crossvillebankruptcy@gmail.com
              MARGARET JANE POWERS    on behalf of Defendant JOHN AND CAROLYN  HICKS powerslaw@volfirst.net,
               powerslawtn2@gmail.com
              STEVEN L. LEFKOVITZ    on behalf of Joint Debtor Janice Diane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff DANNY L KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff JANICE   KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Debtor Danny Lane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              TRACY LYNN SCHWEITZER    on behalf of Trustee HENRY EDWARD HILDEBRAND, III pleadings@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 11

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 10/29/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
DANNY LANE KEYS  
JANICE DIANE KEYS  
80 TIMBERLINE RD  
CROSSVILLE, TN 38571  
SSN XXX-XX-8108    SSN XXX-XX-0264

CASE 12-07578-RM2-13

## ORDER ESTABLISHING THAT PRECONFIRMATION DEFAULT HAS BEEN CURED AND THAT LONG TERM DEBT TREATED PER §1322(b)(5) IS CURRENT AFTER STATEMENT OF AGREEMENT OR NO RESPONSE

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a Notice of Final Cure Payment and has filed a motion requesting an order of the Court finding that the Notice of Final Cure Payment is accurate, the long term debt is current and all defaults have been cured; and that notice of the Trustee's request and an accounting of payments made by the Trustee was mailed to the debtor, debtor(s') counsel and the below listed creditors and that either no objection to the Trustee's request was raised, or a Statement was filed agreeing with the Trustee's Notice of Final Cure, it is

ORDERED, that the §1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim(s) shall be deemed cured:

GLEN AND BEATRICE TERRY  
806 OAKLEY WAY  
GATLINBURG, TN  37738

**FINAL CURE AMOUNT: (PREPETITION DEFAULT)**

| Court Claim Number | 6 | Trustee's Claim Number | 2 |
|---|---|---|---|
| Account Number | xxxxxxx | | |
| Universal Claim Identifier | | | |
| Claim Asserted | $0.00 | | |
| Claim Allowed | $8,250.00 | | |
| Amount Paid By Trustee | $8,250.00 | | |

**MONTHLY ONGOING MORTGAGE PAYMENTS**

The Trustee has made post-petition payments to the creditor ("conduit"). The Trustee's records demonstrate that all post-petition payments have been made through the payment for **October 2014**. Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments. The totals are listed below:

| | | | |
|---|---|---|---|
| **Court's Claim Number** | 6 | **Trustee's Number** | 1 |

**Post Petition**

| | |
|---|---|
| **Date of Claim** | Oct 13, 2012 |
| **Date of 1st Payment** | December 31, 2012 for month Jan 2013 |
| **Post Confirmation Payments** | $181,500.00 |
| **Date of Last Payment** | September 30, 2014 for month Oct 2014 |

The trustee will continue to make ongoing mortgage payments for subsequent months pending the resolution of this matter.

**ORDERED**, That this declaration that the long term obligation is current is made as of this date: **October 2014**

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED BY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.