KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
   DANNY LANE KEYS  
   JANICE DIANE KEYS  
   80 TIMBERLINE RD  
   CROSSVILLE, TN  38571

CHAPTER 13  
CASE NO. 12-07578-RM2-13  
JUDGE RANDAL S MASHBURN  
Dated: 11/05/2014

SSN XXX-XX-8108     SSN XXX-XX-0264

## ORDER RELEASING DEBTOR/EMPLOYER
## FROM ORDER TO FUND PLAN

In accordance with the order of confirmation the debtor has transmitted regularly to the trustee a portion of the debtor's wages.

Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

The above named debtor having completed his Chapter 13 plan,

It is ORDERED that **DANNY LANE KEYS** is released from the obligation to forward funds to the Trustee.

DEBTOR(S) SOURCE OF INCOME:

DANNY LANE KEYS  
80 TIMBERLINE RD  
CROSSVILLE, TN  38571

APPROVED:

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

/s/Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
pleadings@ch13nsh.com  
615-244-1101