KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DANNY LANE KEYS | CASE NO. 12-07578-RM2-13 |
| JANICE DIANE KEYS | JUDGE RANDAL S MASHBURN |
| 80 TIMBERLINE RD | Dated: 11/05/2014 |
| CROSSVILLE, TN  38571 | |
| | |
| SSN XXX-XX-8108    SSN XXX-XX-0264 | |

## ORDER RELEASING DEBTOR/EMPLOYER
## FROM ORDER TO FUND PLAN

In accordance with the order of confirmation the debtor has transmitted regularly to the trustee a portion of the debtor's wages.

Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

The above named debtor having completed his Chapter 13 plan,

It is ORDERED that **DANNY LANE KEYS** is released from the obligation to forward funds to the Trustee.


DEBTOR(S) SOURCE OF INCOME:

DANNY LANE KEYS
80 TIMBERLINE RD
CROSSVILLE, TN  38571

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
pleadings@ch13nsh.com
615-244-1101

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.