# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. **2:12−bk−07578**
#### Chapter 13

In re:

Danny Lane Keys
dba Honey−Do Handyman Services,
dba Timberline Resort, fdba DIAN
− DAN ENTERPRISES, LLC
80 Timberline Road
Crossville, TN 38571

Janice Diane Keys
80 Timberline Road
Crossville, TN 38571

Social Security No.:
xxx−xx−8108

Social Security No.:
xxx−xx−0264

## NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO FILE A DSO CERTIFICATE AND FILE A 522 MOTION

To the Debtor(s):

You are receiving this notice as a reminder to file a DSO certificate and file a 522 motion within 30 days after your first eligibility for discharge. Your case will be closed without you receiving a discharge if you fail to file a DSO certificate and file a 522 motion within 30 days of the date of this notice. To prevent paying a fee to reopen your case in order for a discharge order to be issued, file a DSO certificate and file a 522 motion.

Dated: 11/6/14

MATTHEW T LOUGHNEY
Clerk, U.S. Bankruptcy Court