United States Bankruptcy Court
Middle District of Tennessee

In re:
Danny Lane Keys
Janice Diane Keys
            Debtors

Case No. 12-07578-RSM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0650-2          User: adm2816          Page 1 of 1          Date Rcvd: Nov 06, 2014
                             Form ID: ncloseur      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2014.
db/jdb        +Danny Lane Keys,   Janice Diane Keys,   80 Timberline Road,   Crossville, TN 38571-5875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
          BETH ROBERTS DERRICK   on behalf of U.S. Trustee   US TRUSTEE beth.r.derrick@usdoj.gov
          GILL ROBERT GELDREICH   on behalf of Creditor   Tennessee Department of Revenue
          agbankcookeville@ag.tn.gov,   gill.geldreich@ag.tn.gov
          HENRY EDWARD HILDEBRAND, III   hhecf@ch13nsh.com
          HOWARD G PICK   on behalf of Interested Party HOWARD G PICK hgpick@citlink.net,
          crossvillebankruptcy@gmail.com
          MARGARET JANE POWERS   on behalf of Defendant JOHN AND CAROLYN  HICKS powerslaw@volfirst.net,
          powerslawtn2@gmail.com
          STEVEN L. LEFKOVITZ   on behalf of Joint Debtor Janice Diane Keys slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
          gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
          tellis@lefk
          STEVEN L. LEFKOVITZ   on behalf of Plaintiff DANNY L KEYS slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
          gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
          tellis@lefk
          STEVEN L. LEFKOVITZ   on behalf of Plaintiff JANICE  KEYS slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
          gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
          tellis@lefk
          STEVEN L. LEFKOVITZ   on behalf of Debtor Danny Lane Keys slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
          gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
          tellis@lefk
          TRACY LYNN SCHWEITZER   on behalf of Trustee HENRY EDWARD HILDEBRAND, III pleadings@ch13nsh.com
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>2:12–bk–07578</u>
#### Chapter 13

In re:

| | |
|---|---|
| Danny Lane Keys<br>dba Honey–Do Handyman Services,<br>dba Timberline Resort, fdba DIAN<br>– DAN ENTERPRISES, LLC<br>80 Timberline Road<br>Crossville, TN 38571 | Janice Diane Keys<br>80 Timberline Road<br>Crossville, TN 38571 |
| Social Security No.:<br>xxx–xx–8108 | Social Security No.:<br>xxx–xx–0264 |

## NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO FILE A DSO CERTIFICATE AND FILE A 522 MOTION

To the Debtor(s):

You are receiving this notice as a reminder to file a DSO certificate and file a 522 motion within 30 days after your first eligibility for discharge. Your case will be closed without you receiving a discharge if you fail to file a DSO certificate and file a 522 motion within 30 days of the date of this notice. To prevent paying a fee to reopen your case in order for a discharge order to be issued, file a DSO certificate and file a 522 motion.

Dated: <u>11/6/14</u>

<u>MATTHEW T LOUGHNEY</u>
Clerk, U.S. Bankruptcy Court