IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
 ) Chapter 13 Proceeding
DANNY LANE KEYS, ) Case No.12-07578
SS: XXX-XX-8108 ) Randal Mashburn, Judge
JANICE DIANE KEYS )
SS: XXX-XX-0264 )
80 Timberline Road. )
Crossville, TN  38571 )
 )
 )
    Debtors. )

## DOMESTIC SUPPORT OBLIGATION CERTIFICATE

Pursuant to 11 U.S.C. Section 1128(a) or 1328(a), the above-named Debtor certifies:

__X__ There is no judicial or administrative order or statute that requires the Debtor to pay a domestic support obligation; or,

____ There is a judicial or administrative order or statute that requires the Debtor to pay a domestic support obligation, and all amounts payable that are due as of this date (including amounts due before the petition, to the extent provided for by the plan) have been paid.

    **/S/DANNY LANE KEYS**
    Danny Lane Keys, Debtor

    **/S/JANICE DIANE KEYS**
    Janice Diane Keys, Joint Debtor

Date: 11/10/2014

APPENDIX K