```
                              United States Bankruptcy Court
                              Middle District of Tennessee
In re:                                                                    Case No. 12-07578-RSM
Danny Lane Keys                                                           Chapter 13
Janice Diane Keys
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0650-2           User: pjc2460                Page 1 of 2                   Date Rcvd: Nov 12, 2014
                               Form ID: mot522              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db/jdb       +Danny Lane Keys,    Janice Diane Keys,    80 Timberline Road,    Crossville, TN 38571-5875
intp         +HOWARD G PICK,    PO BOX 3285,    CROSSVILLE, TN 38557-3285
cr           +Tennessee Department of Revenue,    c/o TN Atty Gen. Off., Bank Div.,    P.O. Box 20207,
               Nashville, TN 37202-4015
4898948       American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
4857745      +Bank of America,    PO Box 650070,    Dallas TX 75265-0070
4857746      +C. DOUGLAS FIELDS, ESQ.,    18 EAST STREET,    Crossville TN 38555-4534
4981122      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
5029312       CITY OF GATLINBURG AMBULANCE SERVICE,    Revenue Recovery Corporation,    PO Box 50250,
               Knoxville, TN 37950-0250
4857753      +CUMBERLAND CO TRUSTEE,    2 S MAIN ST #111,    CROSSVILLE TN 38555-4508
5029315       CUMBERLAND MEDICAL CENTER,    Revenue Recovery Corporation,    PO Box 50250,
               Knoxville, TN 37950-0250
5029314       CUMBERLAND RADIOLOGICAL GROUP,    Revenue Recovery Corporation,    PO Box 50250,
               Knoxville, TN 37950-0250
4857748      +Charter Communications,    PO Box 600,    Alcoa TN 37701-0600
4857749      +Cingular,    404 Brock Dr,    Bloomington IL 61701-2654
4857750      +Circuit Court Clerk,    125 Court St,    Sevierville TN 37862-3552
4857751      +City of Gatlinburg Ambulance,    PO Box 2698,    Knoxville TN 37901-2698
4964348      +Cookeville Regional Med Cntr,    c/o Franklin Coll Svc,    PO Box 3910,    Tupelo, MS 38803-3910
4857752      +Credit Protection Assoc,    13355 Noel Rd,    Ste 2100,    Dallas TX 75240-6837
4910027      +Cumberland County, Tennessee,    c/o Kim Wyatt, Trustee,    2 North Main Street,
               Crossville, Tennessee 38555-4543
4857754      +Cumberland Medical Ctr,    421 S Main St,    Crossville TN 38555-5031
4857755      +Cumberland Radiology Group,    PO Box 3139,    Crossville TN 38557-3139
4857756      +Dr. Gallagher,    PO Box 11567,    Knoxville TN 37939-1567
4857757     #+Dyck-O'neal, Inc.,    15301 Spectrum Dr,    Addison TX 75001-6436
4857759       FIS,    3100 NY Drive,    Ste 100,    Pasadena CA 91107
4857761      +FRANK BUCK, ESQ.,    124 WEST MAIN ST,    Smithville TN 37166-1324
4857758      +First National Acceptance Company,    PO Box 980,    East Lansing MI 48826-0980
4857760       Ford Motor Credit,    PO Box 452000,    Omaha NE 68154
4857764      +Glenn & Bea Terry,    1235 Ski Mountain Rd,    #605,    Gatlinburg TN 37738-3842
4857765      +KELLY SIMS, ESQ.,    7003 CHADWICK DR., STE 289,    BUILDING ONE SYNERGY EXECUTIVE SUITES,
               Brentwood TN 37027-3234
4857766      +Ken Williams,    2908 Rambling Rd,    Maryville TN 37801-9510
4857767      +Kenneth & Alma Williams,    J. Patrick Stapleton, PC,    PO Box 4428,    Sevierville TN 37864-4428
4857768      +Knoxville Impatient Phys,    PO Box 11567,    Knoxville TN 37939-1567
5029313       LECONTE EMERGENCY DEPARTMENT,    Revenue Recovery Corporation,    PO Box 50250,
               Knoxville, TN 37950-0250
4857771      +Mountain National Bank,    300 E Main St,    Sevierville TN 37862-3518
5105779      +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
4857773      +Palm Beach Resort,    3015 N Ocean Blvd,    Fort Lauderdale FL 33308-7344
4857775      +Richard Orphin, Jr. & Natalie Orphin,    c/o David H. Parton,    330 Pkwy,
               Gatlinburg TN 37738-4962
4857777      +TN DEPT REVENUE,    C/O TN ATTY GEN BK UNIT,    PO BOX 20207,    NASHVILLE TN 37202-4015
5015018      +TN Dept. of Revenue,    c/o Office of Attorney General,    Bankruptcy Division,    PO Box 20207,
               Nashville, TN 37202-4015
4857778      +Tri County Collection,    221 E Main St,    Ste 201,    Morristown TN 37814-4730
4881987      +UNIVERSITY HEALTH SYSTEMS,    TCCA INC,    PO BOX 1503,    MORRISTOWN TN 37816-1503
4857779       University of TN Medical Ctr,    1 Medical Plaza,    Knoxville TN 37940
4857780      +Vicke Moore, MD,    815 E Parkway, Ste 7,    Gatlinburg TN 37738-4915
4857781      +WESTGATE RESORTS,    2801 OLD WINTER GARDEN RD,    OCOEE FL 34761-2965
4857782       William Grey, MD,    Hospital St,    Newport TN 37782
4857783      +Yellow Book,    PO Box 1164,    Metairie LA 70004-1164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4857743      +E-mail/PDF: recoverybankruptcy@afninet.com Nov 13 2014 02:31:57      AFNI, Inc.,    404 Brock Dr,
               Bloomington IL 61701-2654
4857744      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 13 2014 02:25:50      Allstate Insurance Co,
               Two Wells Ave,    Newton Center MA 02459-3225
4857747      +E-mail/PDF: recoverybankruptcy@afninet.com Nov 13 2014 02:33:20      Charter, c/o AFNI, Inc.,
               404 Brock Dr,    Bloomington IL 61701-2654
4857762      +E-mail/Text: jasonacctrep@brownagency.biz Nov 13 2014 02:25:08      Ft Sanders Sevier Medical,
               c/o Brown Agency,    515 Airport Rd., Ste 105,    Chattanooga TN 37421-3525
4857763      +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Nov 13 2014 02:25:52      Gla Collection Company, Inc.,
               2630 Gleeson Lane,    Louisville KY 40299-1772
4891728       E-mail/Text: cio.bncmail@irs.gov Nov 13 2014 02:24:43      Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA   19101-7346
4926446      +E-mail/Text: jasonacctrep@brownagency.biz Nov 13 2014 02:25:08      LeConte Medical Center,
               c/o Brown Agency,    515 Airport Rd., Ste 105,    Chattanooga TN 37421-3525
4857770      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2014 02:25:11      Midland Credit Mgmt,
               8875 Aero Dr,    Ste 200,    San Diego CA 92123-2255
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4857772         +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 13 2014 02:25:31
                  Optima Recovery Service,    6215 Kingston Pike,    Knoxville TN 37919-4044
4857776         +E-mail/Text: rick_1012@yahoo.com Nov 13 2014 02:24:56     Rick Miller,    2894 Hwy 72 E,
                  Huntsville AL 35811-9683
4905256         +E-mail/Text: ustpregion08.na.ecf@usdoj.gov Nov 13 2014 02:25:02      United States Trustee,
                  701 Broadway, Suite 318,    Nashville, TN 37203-3966
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
4857769        ##+Lando Resorts,    3015 N Ocean Blvd,   Fort Lauderdale FL 33308-7344
4857774        ##+Revenue Recovery Corp,    612 Gay St,   Knoxville TN 37902-1603
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2014 at the address(es) listed below:
              BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
              GILL ROBERT GELDREICH    on behalf of Creditor    Tennessee Department of Revenue
               agbankcookeville@ag.tn.gov, gill.geldreich@ag.tn.gov
              HENRY EDWARD HILDEBRAND, III     hhecf@ch13nsh.com
              HOWARD G PICK    on behalf of Interested Party HOWARD G PICK hgpick@citlink.net,
               crossvillebankruptcy@gmail.com
              MARGARET JANE POWERS    on behalf of Defendant JOHN AND CAROLYN  HICKS powerslaw@volfirst.net,
               powerslawtn2@gmail.com
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff DANNY L KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff JANICE  KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Debtor Danny Lane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Joint Debtor Janice Diane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              TRACY LYNN SCHWEITZER    on behalf of Trustee HENRY EDWARD HILDEBRAND, III pleadings@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                               TOTAL: 11
```

**Form mot522**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:12−bk−07578**
**Chapter 13**

In re:

| | |
|---|---|
| Danny Lane Keys<br>dba Honey−Do Handyman Services, dba<br>Timberline Resort, fdba DIAN − DAN<br>ENTERPRISES, LLC<br>80 Timberline Road<br>Crossville, TN 38571 | Janice Diane Keys<br>80 Timberline Road<br>Crossville, TN 38571 |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 12/2/14
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 12/11/14 at 09:30 AM at L. Clure Morton Fed Bldg & Post Office, 9 Broad Street, Cookeville, TN 38501**

## NOTICE OF MOTION FOR § 522(q)(1) ORDER

Debtor(s) has/have moved the court for an order finding the exemption limitations in § 522(q)(1) are not applicable.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before 12/2/14, you or your attorney must

1. File with the court your response or objection explaining your position. PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736−5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, Room 170, Nashville, TN (Monday – Friday, 8:00 a.m. − 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 12/2/14, the date of** the scheduled hearing is 12/11/14 and the motion to which you are responding is a Motion for § 522(q)(1) Order.

3. You must serve your response or objection **by electronic service through the Electronic Filing** system described above.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736−5584 or viewing the case on the Court's website at https://ecf.tnmb.uscourts.gov.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Danny Lane Keys

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:12−bk−07578**
**Chapter 13**

In re:

Danny Lane Keys
dba Honey−Do Handyman Services, dba
Timberline Resort, fdba DIAN – DAN
ENTERPRISES, LLC
80 Timberline Road
Crossville, TN 38571

Janice Diane Keys
80 Timberline Road
Crossville, TN 38571

**MOTION FOR § 522(q)(1) ORDER**

Pursuant to 11 U.S.C. § 1328(h) , Debtor(s) move(s) the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable.

Debtor(s) is/are not exempting any amount of interest in property described in § 522(q)(1)(A)−(D) which exceeds $136,875 in aggregate. There are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

Danny Lane Keys

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:12−bk−07578**
**Chapter 13**

In re:

| | |
|---|---|
| Danny Lane Keys<br>dba Honey−Do Handyman Services, dba<br>Timberline Resort, fdba DIAN − DAN<br>ENTERPRISES, LLC<br>80 Timberline Road<br>Crossville, TN 38571 | Janice Diane Keys<br>80 Timberline Road<br>Crossville, TN 38571 |

**PROPOSED § 522(q)(1) ORDER**

    Debtor(s) moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections

    The Court therefore finds that Debtor(s) is/are not exempting any amount of interest in property described in § 522(q)(1)(A)−(D) which exceeds $136,875 in aggregate and there are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**