# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:12−bk−07578**
**Chapter 13**

In re:

| | |
|---|---|
| Danny Lane Keys<br>dba Honey−Do Handyman Services, dba<br>Timberline Resort, fdba DIAN − DAN<br>ENTERPRISES, LLC<br>80 Timberline Road<br>Crossville, TN 38571 | Janice Diane Keys<br>80 Timberline Road<br>Crossville, TN 38571 |

**§ 522(q)(1) ORDER**

    Debtors moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections.

    The Court therefore finds that Debtors are not exempting any amount of interest in property described in § 522(q) and there are no proceedings pending in which debtors may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**

Dated : 12/3/14

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE