UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE TENNESSEE DIVISION

In re:  
DANNY LANE KEYS  
JANICE DIANE KEYS  
Debtor(s)

Case No. 12-07578-RM2-13

**Chapter 13 Trustee's Final Report and Account**

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/17/2012.

2) The plan was confirmed on 12/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/28/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/02/2014.

5) The case was completed on 10/31/2014.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: $25,000.00.

9) Total value of assets exempted: $21,014.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $238,331.37 | | | |
| Less amount refunded to debtor | | | $1,185.96 | | | |
| **NET RECEIPTS:** | | | | | | **$237,145.41** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $182.00 |
| Court Costs | $25.00 |
| Trustee Expenses & Compensation | $8,773.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,980.48** |

Attorney fees paid and disclosed by debtor:   $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE CO | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | NA | 2,010.29 | 2,010.29 | 2,010.29 | 0.00 |
| CHARTER | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| CIRCUIT COURT CLERK | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| CITY OF GATLINBURG AMBULANCE | Unsecured | 479.00 | 479.82 | 0.00 | 0.00 | 0.00 |
| COOKEVILLE REGIONAL MEDICAL C | Unsecured | NA | 83.00 | 83.00 | 83.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| CUMBERLAND COUNTY TENNESSEE | Priority | 2,178.00 | 7,336.64 | 7,336.64 | 7,336.64 | 0.00 |
| CUMBERLAND MEDICAL CENTER | Unsecured | 388.00 | 768.40 | 0.00 | 0.00 | 0.00 |
| CUMBERLAND RADIOLOGICAL GRO | Unsecured | 61.00 | 248.00 | 0.00 | 0.00 | 0.00 |
| DR GALLAGHER | Unsecured | 1,085.39 | NA | NA | 0.00 | 0.00 |
| DR VICKIE MOORE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DR WILLIAM GREY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DYCK ONEAL INC | Unsecured | 2,629.80 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL ACCEPTANCE CO | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIS | Unsecured | 2,541.70 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FT SANDERS SEVIER MEDICAL | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| GLENN AND BEATRICE TERRY | Secured | 8,250.00 | 0.00 | 8,250.00 | 8,250.00 | 0.00 |
| GLENN AND BEATRICE TERRY | Secured | NA | 675,000.00 | 189,750.00 | 189,750.00 | 0.00 |
| HOWARD G PICK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| KELLY SIMS ESQ | Unsecured | 2,000.28 | NA | NA | 0.00 | 0.00 |
| KEN WILLIAMS | Unsecured | 27,000.00 | NA | NA | 0.00 | 0.00 |
| KENNETH AND ALMA WILLIAMS | Secured | NA | NA | NA | 0.00 | 0.00 |
| KNOXVILLE IMPATIENT PHYS | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)            Case No.   12-07578

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LANDO RESORTS | Secured | NA | NA | NA | 0.00 | 0.00 |
| LECONTE EMERGENCY DEPT | Unsecured | NA | 25.00 | 0.00 | 0.00 | 0.00 |
| LECONTE MEDICAL CENTER | Unsecured | NA | 100.00 | 100.00 | 100.00 | 0.00 |
| LECONTE MEDICAL CENTER | Unsecured | NA | 100.00 | 100.00 | 100.00 | 0.00 |
| LECONTE MEDICAL CENTER | Unsecured | NA | 711.36 | 711.36 | 711.36 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 12,210.00 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN NATIONAL BANK | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN NATIONAL BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| OPTIMA RECOVERY SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PALM BEACH RESORT | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | NA | 281.19 | 281.19 | 281.19 | 0.00 |
| REVENUE RECOVERY CORP | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| RICHARD ORPHIN JR AND NATALIE | Secured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| RICK MILLER | Unsecured | 17,799.87 | NA | NA | 0.00 | 0.00 |
| TENNESSEE DEPARTMENT OF REVE | Unsecured | NA | 1,984.71 | 1,984.71 | 1,984.71 | 0.00 |
| TN DEPT REVENUE | Priority | 10,000.00 | 2,061.39 | 2,061.39 | 2,061.39 | 0.00 |
| TRI COUNTY COLLECTION | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | NA | 11,800.76 | 11,800.76 | 11,800.76 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 1,927.59 | 1,927.59 | 1,927.59 | 0.00 |
| UNITED STATES TRUSTEE | Unsecured | NA | 1,625.00 | 1,625.00 | 1,625.00 | 0.00 |
| UNIVERSITY HEALTH SYSTEMS | Unsecured | NA | 143.00 | 143.00 | 143.00 | 0.00 |
| UNIVERSITY OF TN MEDICAL CTR | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE RESORTS | Secured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK | Unsecured | 4,901.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $189,750.00 | $189,750.00 | $0.00 |
| Mortgage Arrearage | $8,250.00 | $8,250.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$198,000.00** | **$198,000.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $21,198.79 | $21,198.79 | $0.00 |
| **TOTAL PRIORITY**: | **$21,198.79** | **$21,198.79** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$8,966.14** | **$8,966.14** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)  Case No.   12-07578

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,980.48 |
| Disbursements to Creditors | $228,164.93 |
| **TOTAL DISBURSEMENTS** : | **$237,145.41** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/04/2014    By: /s/ Henry E. Hildebrand, III
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.