```
                         United States Bankruptcy Court
                         Middle District of Tennessee
```

In re:                                                         Case No. 12-07578-RSM
Danny Lane Keys                                                Chapter 13
Janice Diane Keys
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-2       User: ko8454            Page 1 of 1              Date Rcvd: Dec 03, 2014
                           Form ID: ord522j        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2014.
db/jdb         +Danny Lane Keys,    Janice Diane Keys,    80 Timberline Road,   Crossville, TN 38571-5875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2014 at the address(es) listed below:
              BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
              GILL ROBERT GELDREICH    on behalf of Creditor    Tennessee Department of Revenue
               agbankcookeville@ag.tn.gov, gill.geldreich@ag.tn.gov
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              HOWARD G PICK    on behalf of Interested Party HOWARD G PICK hgpick@citlink.net,
               crossvillebankruptcy@gmail.com
              MARGARET JANE POWERS    on behalf of Defendant JOHN AND CAROLYN  HICKS powerslaw@volfirst.net,
               powerslawtn2@gmail.com
              STEVEN L. LEFKOVITZ    on behalf of Joint Debtor Janice Diane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff DANNY L KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Plaintiff JANICE  KEYS slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              STEVEN L. LEFKOVITZ    on behalf of Debtor Danny Lane Keys slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@
               gmail.com;lbell@lefkovitz.com;jlefkovitz@lefkovitz.com;khancock@lefkovitz.com;kyle@lefkovitz.com;
               tellis@lefk
              TRACY LYNN SCHWEITZER    on behalf of Trustee HENRY EDWARD HILDEBRAND, III pleadings@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 11

FORM ord522

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:12−bk−07578**
**Chapter 13**

In re:

Danny Lane Keys
dba Honey−Do Handyman Services, dba
Timberline Resort, fdba DIAN – DAN
ENTERPRISES, LLC
80 Timberline Road
Crossville, TN 38571

Janice Diane Keys
80 Timberline Road
Crossville, TN 38571

## § 522(q)(1) ORDER

    Debtors moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections.

    The Court therefore finds that Debtors are not exempting any amount of interest in property described in § 522(q) and there are no proceedings pending in which debtors may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**

Dated : 12/3/14

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE